# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00425-CV

**Michael J. DeLitta; Axiom Medical Consulting, LLC; Axiom Professionals, LLC; Axiom Properties, LLC; and DelCom Properties, LLC, Appellants**

**v.**

**Nancy Schaefer, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. D-1-GN-13-003516, HONORABLE JAMES E. MORGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on September 4, 2014. On appellants' motion, the deadline for filing their brief was extended to September 8, 2014; however, appellants failed to file a brief by that date. On September 24, 2014, this Court notified appellants that their brief was overdue and that a failure to respond by October 6, 2014, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or otherwise responded to our notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed: October 17, 2014